UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TONY HAMILTON #941610,

    Plaintiff,

v.

    Case No. 2:24-cv-14

UNKNOWN WATSON, et al.,

    HONORABLE PAUL L. MALONEY

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Watson filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 24, 2025, recommending that this Court grant the motion and enter judgment.[1] The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 21) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

---

[1] The other defendants named in the complaint were dismissed from the case by prior order issued on March 27, 2024 (ECF No. 7).

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

      A Judgment will be entered consistent with this Order.


Dated:  April 24, 2025                                                    /s/  Paul L. Maloney  
                                                                                Paul L. Maloney  
                                                                                United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TONY HAMILTON #941610,

    Plaintiff,

v.

    Case No. 2:24-cv-14

    HONORABLE PAUL L. MALONEY

UNKNOWN WATSON, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated: April 24, 2025            /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge